# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JOHN MAYNE**                                                                                                                       **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO. 1:18-CV-60-JCG**

**ALLSTATE INSURANCE COMPANY**                                            **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have agreed and stated their desire that the Court retain jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed with prejudice as to all parties. The Court hereby specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED**, this the 5th day of April, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE